UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 26, 2013

_____

RESPONSE REQUESTED

_____

No.  13-2112 (L),  <u>Norfolk Southern Railway Compa v. n</u>
2:13-cv-00373-RBS-LRL

TO: Danielle M. Kruer
Daniel Reid Warman
Steven M. Legum
Jonathan Henry Walker
Christopher R. Hedrick

RESPONSE DUE: 12/09/2013

Response is required to the motion to dismiss. Response(s) must be filed by the response due date shown in this notice.

Taline A. Fischer, Deputy Clerk
804-916-2704